UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAZMA DIWALI ANAYA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants. | Case No.  15-cv-02230-SI<br><br>**ORDER RE: MOTION FOR ACCOMODATION**<br><br>Re: Dkt. No. 14 |

Plaintiff, appearing pro se, has filed a Motion for Accommodation. Dkt. No. 14. Plaintiff requests: (1) permission to e-file case documents; (2) confirmation that plaintiff has not been assigned a magistrate judge in the case; and (3) that the Court send her copies of all court records in large print or on 11-by-17-inch paper.

By separate Order, the Court grants plaintiff permission for electronic filing. In all other respects, plaintiff's motion is DENIED. Electronic filing will allow plaintiff to enlarge the font on her computer and to view all court documents in that manner. Online viewing of the docket will also show plaintiff that the case was reassigned to the undersigned. *See* Dkt. No. 9.

Plaintiff is reminded that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, **defendants must be served with process no later than September 15, 2015,** or the Court may dismiss the action without prejudice. *See* Dkt. No. 12.

**IT IS SO ORDERED**.

Dated: August 28, 2015

                                                                          SUSAN ILLSTON<br>
                                                                          United States District Judge