UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAZMA DIWALI ANAYA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 15-cv-02230-SI<br><br>**ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING** |

Plaintiff appearing pro se seeks permission of the Court for electronic case filing. Dkt No. 14. The Court has considered the Motion. Finding that good cause exists, the Motion is GRANTED.

Plaintiff may register for ECF at the following website:

http://www.cand.uscourts.gov/ECF/proseregistration

Plaintiff may also register on PACER to view documents and the docket sheet:

http://www.pacer.gov

**IT IS SO ORDERED**.

Dated: August 28, 2015

_____
SUSAN ILLSTON
United States District Judge