UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAZMA DIWALI ANAYA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 15-cv-02230-SI<br><br>**DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. Nos. 20, 21 |

Pro se plaintiff Tazma Diwali Anaya's time to serve defendants with service of process expired, after extension, on November 16, 2015. Since the Court granted plaintiff a 60-day extension for service, plaintiff has filed two motions for an extension of time to amend her complaint but has not served defendants. *See* Dkt. Nos. 18, 20, 21.

This Court has issued three orders reminding plaintiff of her obligation to serve defendants with process, stating the deadline by which to do so, and notifying her that failure to serve defendants could result in dismissal of the case without prejudice. *See* Dkt. Nos. 12, 15, 18. Two of these orders have informed plaintiff of the availability of the Legal Help Desk, which could advise plaintiff concerning how to accomplish service of process. *See* Dkt. Nos. 12, 18.

The Court declines to issue further extensions at this time. **This action is DISMISSED without prejudice for failure to effect service of process as ordered by the Court.**

**IT IS SO ORDERED**.

Dated: November 19, 2015

                                                               _____<br>
                                                               SUSAN ILLSTON<br>
                                                               United States District Judge