UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAZMA DIWALI ANAYA,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.,<br><br>        Defendants. | Case No.  15-cv-02230-SI<br><br>**JUDGMENT** |

This action was dismissed without prejudice for failure to prosecute. Dkt. No. 22. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: December 10, 2015

_____
SUSAN ILLSTON
United States District Judge